# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
---X

FRANK SHEEDY,

Plaintiff,

- against -

PJ VENTURE LLC and COSTCO WHOLESALE CORPORATION,

Defendants.

---X

Index No.:
Date Purchased:
**SUMMONS**

Plaintiff designates Suffolk County as the place of trial.

The basis of venue is:
Place of occurrence

County of Suffolk

**To the above named Defendants:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Garden City, New York
February 7, 2025

JOSEPH G. DELL
DELL & DEAN, PLLC
*Attorneys for Plaintiff*
*FRANK SHEEDY*
1225 Franklin Avenue, Suite 360
Garden City, New York 11530
(516) 880-9700
File No. 6103

TO: PJ VENTURE LLC – ***Via Secretary of State***
P. O. Box 348
Commack, New York 11725

PJ VENTURE LLC
10 Garet Place
Commack, New York 11725

COSTCO WHOLESALE CORPORATION – ***Via Secretary of State***
CT Corporation System
28 Liberty Street
New York, New York 10005

COSTCO WHOLESALE CORPORATION
999 Lake Drive
Issaquah, Washington 98027

COSTCO WHOLESALE CORPORATION
10 Garet Place
Commack, New York 11725

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
---------------------------------------------------------------------X
FRANK SHEEDY,

Plaintiff,

- against -

PJ VENTURE LLC and COSTCO WHOLESALE CORPORATION,

Defendants.

---------------------------------------------------------------------X

Index No.:
Date Purchased:

**VERIFIED COMPLAINT**

Plaintiff, **FRANK SHEEDY,** by his attorneys **DELL & DEAN, PLLC**, complaining of the Defendants, **PJ VENTURE LLC and COSTCO WHOLESALE CORPORATION** respectfully alleges, upon information and belief, as follows:

1. That at all times herein mentioned, Plaintiff **FRANK SHEEDY** was, and still is, a resident of the County of Suffolk, State of New York.

2. That at all times herein mentioned, the Defendant **PJ VENTURE LLC** was and still is a domestic corporation, a foreign corporation or other legal entity duly organized and existing under and by virtue of the laws of the State of New York.

3. That at all times herein mentioned, the Defendant **PJ VENTURE LLC** maintained a principal place of business at 10 Garet Place, Smithtown, New York.

4. That at all times herein mentioned, the Defendant **COSTCO WHOLESALE CORPORATION** was and still is a domestic corporation, a foreign corporation or other legal

entity duly organized and existing under and by virtue of the laws of the State of Washington and doing business within the State of New York.

5. That at all times herein mentioned, the Defendant **COSTCO WHOLESALE CORPORATION** maintained a principal place of business at 999 Lake Drive, Issaqua, Washington.

6. That on June 13, 2023, and at all times herein mentioned, the premises located at 10 Garet Place, Commack, County of Suffolk, State of New York was owned by Defendant **PJ VENTURE LLC.**

7. That on June 13, 2023, and at all times herein mentioned, the premises located at 10 Garet Place, Commack, County of Suffolk, State of New York was owned and/or leased by Defendant **COSTCO WHOLESALE CORPORATION**.

8. That at all times herein mentioned, the Defendant **PJ VENTURE LLC,** through their agents, servants, employees, and/or assigns, owned, operated, managed, maintained, possessed, supervised, repaired, constructed, altered and/or controlled the premises, fixtures and appurtenances, located at 10 Garet Place, Commack, County of Suffolk, State of New York.

9. That at all times herein mentioned, the Defendant **COSTCO WHOLESALE CORPORATION,** through their agents, servants, employees, and/or assigns, owned, operated, managed, maintained, possessed, supervised, repaired, constructed, altered and/or controlled the premises, fixtures and appurtenances, located at 10 Garet Place, Commack, County of Suffolk, State of New York.

10. That on June 13, 2023, and at all times herein mentioned, the above-mentioned premises, fixtures and appurtenances, was owned, operated, managed, maintained, possessed, supervised, repaired, constructed, altered and/or controlled by Defendant **PJ VENTURE LLC.**

11. That on June 13, 2023, and at all times herein mentioned, the above-mentioned premises, fixtures and appurtenances, was owned, operated, managed, maintained, possessed, supervised, repaired, constructed, altered and/or controlled by Defendant **COSTCO WHOLESALE CORPORATION.**

12. That on June 13, 2023, and at all times herein mentioned, it was the duty of Defendant **PJ VENTURE LLC** to own, operate, manage, maintain, repair, control, inspect, construct and supervise the premises, fixtures and appurtenances located at 10 Garet Place, Commack, in the County of Suffolk, State of New York, in a reasonably safe condition.

13. That on June 13, 2023, and at all times herein mentioned, it was the duty of Defendant **COSTCO WHOLESALE CORPORATION** to own, operate, manage, maintain, repair, control, inspect, construct and supervise the premises, fixtures and appurtenances located at 10 Garet Place, Commack, in the County of Suffolk, State of New York, in a reasonably safe condition.

14. That at all times herein mentioned, Defendant **PJ VENTURE LLC** had a non-delegable duty to maintain the premises in a reasonably safe condition and free of dangers and hazards to those persons lawfully thereat, including Plaintiff **FRANK SHEEDY.**

15. That at all times herein mentioned, Defendant **COSTCO WHOLESALE CORPORATION** had a non-delegable duty to maintain the premises in a reasonably safe

condition and free of dangers and hazards to those persons lawfully thereat, including Plaintiff **FRANK SHEEDY.**

16. That on June 13, 2023, Plaintiff **FRANK SHEEDY** was lawfully at the above-mentioned location.

17. That on June 13, 2023, while Plaintiff **FRANK SHEEDY** was lawfully at the aforesaid location, he was caused to sustain severe and permanent injuries.

18. The above mentioned occurrence, and the results thereof, was caused wholly and solely by the negligence and breach of duty of the Defendant **PJ VENTURE LLC** and/or said Defendant's servants, agents, employees and/or licensees in the ownership, inspection, construction, repair, operation, management, maintenance and control of the aforesaid premises, fixtures and appurtenances; and the Defendant **PJ VENTURE LLC** was otherwise negligent, careless and reckless.

19. The above mentioned occurrence, and the results thereof, was caused wholly and solely by the negligence and breach of duty of the Defendant **COSTCO WHOLESALE CORPORATION** and/or said Defendant's servants, agents, employees and/or licensees in the ownership, inspection, construction, repair, operation, management, maintenance and control of the aforesaid premises, fixtures and appurtenances; and the Defendant **COSTCO WHOLESALE CORPORATION** was otherwise negligent, careless and reckless.

20. That, upon information and belief, Defendant **PJ VENTURE LLC** had actual notice of this defective condition in that this Defendant created the condition and was present on a daily basis prior to the underlying accident.

21. That, upon information and belief, Defendant **COSTCO WHOLESALE CORPORATION** had actual notice of this defective condition in that this Defendant created the condition and was present on a daily basis prior to the underlying accident.

22. That no negligence on the part of the Plaintiff **FRANK SHEEDY** contributed to the occurrence alleged herein in any manner whatsoever.

23. That as a result of the foregoing, Plaintiff **FRANK SHEEDY** was caused to sustain serious injuries and to have suffered pain, shock, mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries, Plaintiff **FRANK SHEEDY** has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, Plaintiff **FRANK SHEEDY** was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

24. By reason of the foregoing, Plaintiff **FRANK SHEEDY** has been damaged in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction herein.

**WHEREFORE**, Plaintiff **FRANK SHEEDY** prays for judgment against the Defendants **PJ VENTURE LLC and COSTCO WHOLESALE CORPORATION** on behalf of the within Causes of Action in amounts which exceed the jurisdictional limits of all lower courts which would otherwise have jurisdiction herein, together with the costs and disbursements of this action.

Dated: Garden City, New York
February 7, 2025

Yours, etc.

JOSEPH G. DELL
DELL & DEAN, PLLC
*Attorneys for Plaintiff*
*FRANK SHEEDY*
1225 Franklin Avenue, Suite 360
Garden City, New York 11530
(516) 880-9700

VERIFICATION

STATE OF New York)
COUNTY OF Nassau ) ss.:

I, Frank Sheedy being duly sworn, deposes and says:

I am the plaintiff in the within action;

I have read the following Summons + Complaint and believe the same to be true to my knowledge; the same is true to my knowledge except as to those matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

X Frank R Sheedy

Sworn to before me this
7th day of Feb., 2025

Donna M. Parent
Notary Public

DONNA M PARENT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA5008225
Qualified in Suffolk County
My Commission Expires 02-16-2027

D2(2021)41 of 49

Index No:
**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**

---

FRANK SHEEDY,

Plaintiff,

-against-

PJ VENTURE LLC and COSTCO WHOLESALE CORPORATION,

Defendants.

---

**SUMMONS AND VERIFIED COMPLAINT**

---

**DELL & DEAN, PLLC**
***Attorneys for Plaintiff***
**1225 Franklin Avenue, Suite 360**
**Garden City, New York 11530**
**(516) 880-9700**

---